| Filer's Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| ALMA (BARBASO) SCHWARTZ<br>836 WESTMINSTER DRIVE<br>LANCASTER, PA 17601<br>717-898-7365(phone/fax)<br>angels17601@yahoo.com |  UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |  FILED<br>BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 JUL 30 PM 3:48 |

hib_1007-1a3 (12/09)

| Debtor: ALMA (BARBASO) SCHWARTZ | Case No.: **10-02178** |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **13** |

## DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS

*[Note: If the court grants an extension, the deadline to file the initial documents required in a case, including Form 22A, 22B, or 22C, generally will not extend beyond one day before the meeting of creditors is scheduled. Do not use this form to extend the time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the debtor did not obtain credit counseling before filing the petition, any request for an extension of time to satisfy that requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.]*

The undersigned requests an extension of time under Fed. R. Bankr. P. 1007(c) to file the following:

- [✓] One or more schedules (A – J)
- [✓] Statement of Financial Affairs
- [✓] Statement of Current Monthly Income (B22A – B22B – B22C)
- [✓] Chapter 13 Plan
- [✓] Chapter 13 Rights and Responsibilities
- [ ] Other:

| Date petition filed: | 7/19/2010 |
|---|---|
| Date of meeting of creditors: | 8/30/2010 |
| Debtor requests extension to: | 8/18/2010 |

Reason(s) for extension:
Working every day at this time in office in Pennsylvania. Require time to collect all information needed, clarify certain questions, complete schedules and plan.

Debtor acknowledges that failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of the dismissal order, under 11 U.S.C. § 109(g)(1).

/s/ *Alma Barbaso-See*
Debtor
Dated: July 29, 2010

/s/ _____
Joint Debtor
Dated: _____

No Objection: _____
Trustee