| Attorney or Party Name, Address, Phone, Fax, Email:<br>ALMA (BARBASO) SCHWARTZ<br>836 WESTMINSTER DRIVE<br>LANCASTER, PA 17601<br>717-898-7365(phone/fax)<br>angels17601@yahoo.com | For court use only<br>FILED<br>BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 JUL 30 PM 3:48 |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** | Case No.: **10-02178** |
| In re:<br>ALMA (BARBASO) SCHWARTZ<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF CHANGE OF ADDRESS

*[Note: An **attorney** changing the attorney's address or firm affiliation should use form hib_83-1h.]*

The undersigned hereby gives notice of the following change effective: _____.

[✓] Debtor is providing <u>Debtor's new address</u> to replace the old address for notice and other purposes.

[ ] Debtor is providing a <u>creditor's new or corrected address</u> to replace existing information in the matrix.

[ ] Creditor is providing <u>creditor's new or corrected address</u> to replace existing information in this case.

[ ] Other: _____

| *Name and Old Address:*<br>ALMA (BARBASO) SCHWARTZ<br>72-4075 ALAHE'E PLACE<br>KAILUA KONA, HI 96740 | *Name and <u>New</u> Address:*<br>ALMA (BARBASO) SCHWARTZ<br>836 WESTMINSTER DRIVE<br>LANCASTER, PA 17601 |
|---|---|

Date: July 29, 2010        Signature: /s/ Alma Barbaso Schwartz
                           Name:     ALMA (BARBASO) SCHWARTZ

*Please also note:
1. For a change in the debtor's <u>name</u>, an amended petition must be filed.
2. If the creditor or other party is not already on the mailing matrix, the debtor must file an amended matrix - the creditor must file a notice of appearance and request for notice.
3. A creditor changing its address must file a notice of change of address in each case in which it is involved.
4. For a change of address with respect to a proof of claim and where notices or payments should be sent, use form hib_2002g1a.

hib_2002g        6/04